No. 252. ILLINOIS GRAND TRUNK RAILWAY COMPANY *v.* WADE. Appeal from the Circuit Court of the United States for the Northern District of Illinois, submitted March 24, 1891, presents the same questions, and the decree in that case also will be affirmed.

The CHIEF JUSTICE did not participate in the consideration and decision of this case.

*Mr. John J. Herrick* for appellant.

*Mr. George A. Sanders* and *Mr. Thomas S. McClelland* for appellee.